FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
JOHN W. SAN NICOLAS II
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202



FILED
DISTRICT COURT OF GUAM
OCT 19 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>JAY K. CHAO<br>Defendant. | CRIMINAL CASE NO. 01-00123-001<br><br>**ORDER**<br><br>**RE: REQUEST TO VACATE WARRANT FOR ARREST** |

On October 11, 2006, an Order was issued by Designated U.S. District Court Judge John Coughenour, ordering that a warrant of arrest be issued for Jay K. Chao based on the United States Probation Office's Declaration in Support of Petition and in accordance with the 9th Circuit decision in U.S. v. Vargas-Amaya. Based on the Order issued on October 11, 2006, the warrant of arrest issued for Jay K. Chao on October 27, 2003 should be vacated for the reasons that it was not supported by an oath or affirmation as required by the Fourth Amendment and as affirmed in the 9th Circuit decision in U.S. v. Vargas-Amaya. The Court hereby GRANTS the request to vacate the Warrant of Arrest issued on October 27, 2003.

SO ORDERED this 19 day of October 2006.

**LARRY ALAN BURNS***
District Court of Guam

---

*The Honorable Larry Alan Burns, United States District Judge for Southern District of California, by designation.